IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08CV254-C

| | |
|---|---|
| ANDREW MAXWELL, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | )  **O R D E R** |
| | ) |
| KRISTINA MAXWELL, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the Plaintiff's "Motion for Admission to Practice Pro Hac Vice [of Jeremy Morley]" (document #3) filed June 5, 2008. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: June 6, 2008

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge