UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No: 3:08-cv-254-RJC

| | |
|---|---|
| ANDREW MAXWELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | PRETRIAL ORDER AND CASE |
| vs. ) | MANAGEMENT PLAN |
| ) | |
| KRISTINA MAXWELL, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Pursuant to the direction of the Court, counsel for the parties conferred on June 18 and June 19 to develop a proposed discovery and scheduling plan for the above-captioned case. The parties have jointly proposed to the Court the following discovery and scheduling plan (Doc. No. 7), which the Court hereby adopts:

1. The parties shall disclose the identity and contact information of all experts who will testify and/or offer any evidence at the hearing of this matter and produce to opposing counsel any report or opinion to be offered at the hearing by such expert no later than 5:00 p.m. on July 10, 2008.

2. The parties shall exchange proposed exhibits and witness lists no later than 5:00 p.m. on July 17, 2008.

3. The parties shall serve any objections to the admissibility of any exchanged exhibit or objections to any witness on opposing counsel no later than 5:00 p.m. on July 21. 2008.

4. The parties shall file their final exhibit lists and witness lists with the Court no later than 5:00 p.m. on July 24. 2008.

1

5.      The parties shall file pre-trial briefs or memoranda with the Court no later than 5:00 p.m. on July 22, 2008.

6.      The hearing in this matter is set for July 31, 2008 at 9:00 a.m. Any party who wishes to take testimony via video conference in lieu of a live witness may do so, and that party shall bear any costs associated with such testimony.

**IT IS SO ORDERED**.

Signed: June 24, 2008

Robert J. Conrad, Jr.
Chief United States District Judge