# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Andrew Maxwell,

        Petitioner(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　3:08cv254

Kristina Maxwell,

        Respondent(s).


DECISION BY COURT.  This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/2/2008 Order.


        Signed: September 2, 2008

        Frank G. Johns, Clerk
        United States District Court